# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RONNA KINSELLA,

   Plaintiff,

vs.                                             Docket No. 3:15cv194 - MPM - JMV

OFFICEMAX INCORPORATED,         JURY DEMANDED
OFFICEMAX NORTH AMERICA, INC.,
and OFFICEMAX, INC.,

   Defendants.

## AGREED ORDER ON MOTION TO COMPEL AND FIRST REQUEST FOR MODIFICATION OF SCHEDULING ORDER

      In connection with the Plaintiff's Motion to Compel Discovery (No. 29) and Motion to Compel Mediation and First Request for Modification of Scheduling Order (No. 30), the parties agree as follows:

      1.    Without acknowledging Defendants' Answers to Interrogatories or Responses to Request for Production of Documents were deficient in any way, Defendants agree to supplement their Answers to Interrogatories No. 5, No. 6, No. 9, No. 13, and No. 21. Additionally, Defendants agree to supplement their responses to Request for Production No. 15. Defendants will supplement their responses by November 22, 2016.

      2.    The parties consent to extending the discovery deadline to January 21, 2017, and the deadline for Dispositive Motions to February 5, 2017, and these deadlines now control.

      3. Plaintiff's motions [29 and 30] are terminated.

      IT IS SO ORDERED this the   17th day of November, 2016.

                                                  /s/ Jane M. Virden_____
                                                  U.S. MAGISTRATE JUDGE

APPROVED FOR ENTRY:


s/Robert A. Talley
**ROBERT A. TALLEY (MS # 9846)**
22 N. Front Street, Suite 850
Memphis, TN  38103
Telephone:  (901) 526-7399
Facsimile:  (901) 526-5056
E-mail:  rtalley@shuttleworthwilliams.com
*Attorneys for Defendants,*
*Officemax Incorporated,*
*Officemax North America, Inc., and Officemax, Inc.*



/s/  Robert A. Cox
**Robert A. Cox  (MSB#104711)**
Glassman, Wyatt, Tuttle & Cox, PC
26 North Second Street Building
Memphis, TN  38103
(901)527-4673
rcox@gwtclaw.com
*Attorney for Plaintiff,*
*Ronna D. Kinsella*